DAYLE ELIESON
United States Attorney
District of Nevada
LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov
*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMA SAFRONIA NISHI; and MOUAD AHMADA, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00334-JAD-GWF <br><br> **Order Granting Stipulation to Dismiss Case With Prejudice** <br><br> [ECF No. 8] |

Based on the parties' stipulation [ECF No. 8], IT IS HEREBY ORDERED that plaintiffs' claims in this case are **DISMISSED** with prejudice and each party will bear its own costs and attorney's fees. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: April 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey